Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Suite 200,
Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
HUNG VANNGO,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG VANNGO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHEYANNE MALLAS, an individual, d/b/a THE PRIVATE SUITE LA; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendant. | Case No. 2:24-cv-5226<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Hung Vanngo alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendant's acts of infringement complained of herein occurred in this judicial district, and Defendant caused injury to Plaintiff within this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts

and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## **PARTIES**

5. Plaintiff Hung Vanngo ("Covey") is an individual and professional photographer.

6. Defendant Cheyanne Mallas ("Defendant" or "Mallas") is an an individual doing business in the state of California as The Private Suite LA in Los Angeles, California and Orange County, California.

7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## **FACTUAL ALLEGATIONS**

### *Plaintiff Hung Vanngo Is a Professional Celebrity Make Up Artist*

9. Hung Vanngo is a highly successful and popular celebrity makeup artist.

10. Vanngo's client list includes actresses, musicians, and other major celebrities such as Selena Gomez, Emily Ratajowski, Jennifer Lawrence, Julianne Moore, Cara Delevigne, and Bella Hadid.

11. Vanngo documents his makeup work via his highly popular Instagram account @hungvanngo, which has over 4.1 million followers.

12. As part of documenting and promoting his work, Vanngo captures photographs of his clients and publishes them to his Instagram account.

13. Vanngo is the sole creator and exclusive rights holder to a close up photograph of actress Sophie Turner (the "Turner Photograph").

14. Attached hereto as Exhibit A is a true and correct copy of the Turner Photograph.

15. Vanngo has registered the Turner Photograph with the United States Copyright Office under registration VA 2-248-445, with an effective registration date of April 19, 2021.

16. Attached hereto as Exhibit B is a true and correct copy of registration certificate VA 2-248-445.

17. Vanngo is the sole creator and exclusive rights holder to a close up photograph of model Kendall Jenner (the "Jenner Photograph").

18. Attached hereto as Exhibit C is a true and correct copy of the Jenner Photograph.

19. Vanngo has registered the Jenner Photograph with the United States Copyright Office under registration VA 2-240-150, with an effective registration date of January 26, 2021.

20. Attached hereto as Exhibit D is a true and correct copy of registration certificate VA 2-240-150.

21. The Turner Photograph and the Jenner Photograph shall collectively be referred to as the "Makeup Photographs".

### *Defendant Cheyanne Mallas d/b/a The Private Suite LA*

22. Upon information and belief, Cheyanne Mallas is and was at all relevant times, doing business as The Private Suite LA.

23. Defendant Mallas is the owner and operator of the website,

https://www.theprivatesuitela.com/ ("Defendant's Website").

24. According Defendant's Website, Defendant Mallas is a physician's assistant who specializes in cosmetic dermatology and is a "Sculptra Expert". Defendant's Website identifies Mallas as the "Founder, CEO, and Injector at The Private Suite LA". *Id.*

25. On information and belief, Defendant operates a popular Instagram page, @theprivatesuitela, which has over 130,000 followers, that promotes the Defendant's services, which includes injection trainings, as well as various cosmetic procedures like lip injections, augmentation, and face lifts ("Defendant's Instagram"). *See generally* https://www.instagram.com/theprivatesuitela/.

### *Defendant's Infringing Conduct*

26. On or about September 25, 2023, Vanngo discovered his Turner Photograph copied and displayed on Defendant's Instagram in a post captioned: "Face Slimming meets Game of Thrones. Sophie is a great example of Masseter Face Slimming. When #xeomin / #dysport / or Botox is injected into the Masseter muscle that helps you chew, it relaxes the oversized muscle and provides a more slim, v shape, tapered jawline. It also helps patients who clench and grind their teeth. Sophie is a beautiful woman. Masseter slimming has just softened her look! To learn more about this procedure and to see me as a patient, please contact (657)-464-4620. If you would like to schedule and Injectable training with me, please send your inquiry through a direct message or email ThePrivateSuiteLA@yahoo.com."(the "Sophie Infringement").

27. A true and correct screenshot of the Sophie Infringement as copied and displayed by Defendant on Defendant's Instagram is attached hereto as Exhibit E.

28. On or about September 25, 2023, Vanngo discovered his Jenner Photograph copied and displayed on Defendant's Instagram in a post captioned: "Face Slimming injections with #xeomin / #dysport / botox having a moment! When Dysport/Xeomin/botix is injected into the Masseter muscle that helps you chew, it

4
COMPLAINT

relaxes the oversized muscle and provides a more slim, v-shape, tapered jawline. It also helps patients who clench and grind their teeth. This face slimming procedure has softened all of these Supermodels look. To learn more about this procedure and to see me as a patient, please contact my office (657)-464-4620. If you would like to schedule and Injectable training with me, please send your inquiry through a direct message or email: ThePrivateSuiteLA@yahoo.com." (the "Jenner Infringement").

29. A true and correct screenshot of the Jenner Infringement as copied and displayed by Defendant on Defendant's Instagram is attached hereto as Exhibit F.

30. The Turner Infringement and the Jenner Infringement shall collectively be referred to as the "Infringing Posts".

31. Shortly after discovering the Infringing Posts, Plaintiff, via counsel, reached out to Defendant to have the Makeup Photographs removed from Defendant's Instagram and to be request compensation for the use of his copyrighted Makeup Photographs, but Plaintiff received no response from Defendant.

32. Vanngo does not have record of the Makeup Photographs being licensed to Defendant nor had Vanngo granted permission for Defendant to make a copy or publicly display the Makeup Photographs on Defendant's Instagram or Defendant's Website with the Infringing Posts.

33. Vanngo is informed and believes that the purpose of the use of the Makeup Photographs on Defendant's Instagram was to promote and encourage sales of Defendant's services as an injectionist and injection trainer by providing a high-quality, professionally-produced photographs to assist the viewer in visualizing the results that could be achieved by using Defendant's services. Specifically, the caption of each of the Infringing Post encourages users to book Defendant's services in order to achieve the beauty look presented in each of the Makeup Photographs.

34. Defendant (including its employees, agents, contractors, or others over whom it has responsibility and control) copied and uploaded the Makeup Photographs to Defendant's Instagram without Vanngo's consent.

35. Vanngo is informed and believes Defendant (including its employees, agents, contractors or others over whom it has responsibility and control) used, displayed, published, and otherwise held out to the public Vanngo's original and unique Makeup Photographs for commercial benefit in order to acquire a direct financial benefit, through revenue from the sales of Mallas' services from use of the Makeup Photographs.

36. On information and belief, Defendant's use of the Makeup Photographs was deliberate and willful because it knew or should have known that it did not purchase a license to use the Makeup Photographs.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

37. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

38. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Makeup Photographs.

39. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Makeup Photographs in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Makeup Photographs of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

40. Specifically, Defendant made unauthorized copies and then publicly displayed the Makeup Photographs with the Infringing Posts on Defendant's Instagram.

41. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional

pursuant to 17 U.S.C. § 504(c).

42. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of her copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Makeup Photographs by copying and displaying it for commercial purposes without a license or consent;
- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;
- For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

June 21, 2024

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Suite 200, Las Vegas, NV 89032 (714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Hung Vanngo hereby demands a trial by jury in the above matter.

Dated: June 21, 2024

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Suite 200,
Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*